**DISMISS and Opinion Filed December 3, 2024**



In The

**Court of Appeals**

**Fifth District of Texas at Dallas**

**No. 05-24-01194-CV**

**JOSE MARTINEZ AND SILVIA MARTINEZ, Appellants**

**V.**

**TERESA HERNANDEZ, Appellee**

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-13387**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Pedersen, III
Opinion by Chief Justice Burns

Before the Court is appellants' motion to dismiss the appeal. Appellants

inform the Court that they no longer wish to pursue their appeal. Accordingly, we

grant appellants' motion and dismiss this appeal. *See* TEX. R. APP. P. 42.1(a)(1).

241194f.p05

/Robert D. Burns, III//
ROBERT D. BURNS, III
CHIEF JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

JOSE MARTINEZ AND SILVIA
MARTINEZ, Appellants

No. 05-24-01194-CV     V.

TERESA HERNANDEZ, Appellee

On Appeal from the 116th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-19-13387.
Opinion delivered by Chief Justice
Burns. Justices Molberg and
Pedersen, III participating.

In accordance with this Court's opinion of this date, the appeal is
**DISMISSED**.

It is **ORDERED** that appellee TERESA HERNANDEZ recover her costs of
this appeal from appellants JOSE MARTINEZ AND SILVIA MARTINEZ.

Judgment entered this 3rd day of December, 2024.